ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 63435 |
| | ) |
| Under Contract No. N50054-19-F-1070 | ) |

APPEARANCE FOR THE APPELLANT:        Donald J. Walsh, Esq.
                                                                 RKW, LLC
                                                                 Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                                 Navy Chief Trial Attorney
                                                                 Bradley S. Garner, Esq.
                                                                 Trial Attorney
                                                                 Norfolk, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 30, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63435, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:  March 30, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals